IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kulbida, Michael W <br> Kulbida, Celeste <br> Printed: 7/29/08 | Case Number: 07 B 23539 <br> Judge: Squires, John H <br> Filed: 12/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 18, 2008
Confirmed: February 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,050.00 | |
| Secured: | | 1,300.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,506.53 |
| Trustee Fee: | | 243.47 |
| Other Funds: | | 0.00 |
| Totals: | 4,050.00 | 4,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lehman & Fox | Administrative | 3,026.00 | 2,506.53 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 7,595.52 | 500.00 |
| 4. | CarMax Auto Finance | Secured | 9,676.14 | 800.00 |
| 5. | Litton Loan Servicing | Secured | 19,558.34 | 0.00 |
| 6. | Chicago Patrolmen's Fed Credit Union | Unsecured | 5,548.34 | 0.00 |
| 7. | Chicago Patrolmen's Fed Credit Union | Unsecured | 8,430.72 | 0.00 |
| 8. | B-Real LLC | Unsecured | 81.00 | 0.00 |
| | | | $ 53,916.06 | $ 3,806.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 97.22 |
| 6.5% | 146.25 |
| | $ 243.47 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kulbida, Michael W  
        Kulbida, Celeste  
        Printed: 7/29/08

Case Number:  07 B 23539  
Judge:  Squires, John H  
Filed:  12/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

